40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2056. IN RE DISBARMENT OF WEISS. Howard Stephen Weiss, of Franklin Lakes, N. J., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. M–46. HAIRSTON v. NEW YORK STATE DEPARTMENT OF SOCIAL SERVICES;
No. M–47. BARTELL v. FRANCIS MARION UNIVERSITY ET AL.;
No. M–48. KUCEJ v. ZONING COMMISSION, TOWN OF STRATFORD;
No. M–49. RUFFIN v. MARYLAND ET AL.;
No. M–51. PROVENZANO v. SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS; and
No. M–52. BANKER ET UX. v. RANK. Motions to direct the Clerk to file petitions for writs of certiorari out of time denied.

No. M–50. FANNING, PHILLIPS & MOLNAR v. WEST, SECRETARY OF VETERANS AFFAIRS, ET AL. Motion to direct the clerk to file petition for writ of certiorari submitted by Gary Molnar, pro se and agent for petitioner, denied.

No. 98–7649. RIVERA v. RUSH ET AL. C. A. 11th Cir. Motion of petitioner for leave to proceed in forma pauperis denied. See this Court's Rule 39.8. Petitioner is allowed until April 12, 1999, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court.

No. 98–7904. IN RE REIDT. Motion of petitioner for leave to proceed in forma pauperis denied. See this Court's Rule 39.8. Petitioner is allowed until April 12, 1999, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court.

No. 98–8169. IN RE GRAVES;
No. 98–8237. IN RE MONTGOMERY; and
No. 98–8244. IN RE HOLT. Petitions for writs of habeas corpus denied.

No. 98–7667. IN RE WILLIAMS;